THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK ROBBINS, | ) |
| Plaintiff, | ) No. C09-5416  RJB |
| v. | ) **STIPULATION AND ORDER** |
| | ) **GRANTING TRIAL CONTINUANCE** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and WASHINGTON MUTUAL LONG-TERM DISABILITY PLAN, | ) |
| Defendants. | ) |

## I. STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Mark Robbins ("Robbins") and Defendants Unum Life Insurance Company of America ("Unum") and the Washington Mutual Long-Term Disability Plan that the one-day bench trial in the above captioned matter, currently set for July 6, 2010, be continued for a minimum of six (6) months.

The instant action arises out of a claim for disability benefits under an employer-sponsored long-term disability insurance policy ("Policy") governed by the Employee Retirement Income Security Act ("ERISA"). Unum granted Robbins' claim for disability benefits under the Plan, but Robbins disputes the date on which he satisfied the definition of disability under the Policy and thus, the date on which benefits were granted. This is the sole

STIPULATION AND ORDER GRANTING TRIAL CONTINUANCE - 1

100447.0129/1845089.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

issue currently before the court. Pursuant to CR39.1(c)(3), the parties scheduled mediation of this matter for May 27, 2010.

On May 5, 2010, Unum concluded that Robbins no longer satisfied the definition of disability under the Policy and denied his claim for future benefits. Robbins intends to appeal this determination to Unum via ERISA's administrative review process. If the claim determination is affirmed on appeal, Robbins will seek judicial review of the decision.

The above-referenced claims relate to and arise out of the same Policy and thus, it is in the parties' and the Court's interest that they be resolved simultaneously. The requested six (6) month continuance should allow Robbins sufficient time to appeal Unum's May 5, 2010 claim determination and, if necessary, to combine the issues for mediation in an effort to achieve a global settlement of all claims and avoid trial. If the requested continuance is granted, the parties will coordinate with the Courtroom Deputy to the Honorable Robert J. Bryan, Dara Kaleel, to identify a mutually agreeable trial date.

DATED this 21st day of May, 2010.

| SCOTT, KINNEY, FJELSTAD & MACK | LANE POWELL PC |
|---|---|
| By: /s/ Daniel Fjelstad<br>    Daniel Fjelstad, WSBA No. 18025<br>Attorneys for Plaintiff. | By: /s/ Renee Grant Bluechel<br>    D. Michael Reilly, WSBA No. 14674<br>    Renee Grant Bluechel, WSBA No. 39500<br>  Attorneys for Defendant . |

## II.  ORDER

THIS MATTER, having come before the Court on the Stipulation of the parties, and the Court being otherwise fully advised;

IT IS HEREBY ORDERED that the trial date in the above captioned matter shall be continued for not less than six (6) months.

STIPULATION AND ORDER GRANTING TRIAL
CONTINUANCE - 2

100447.0129/1845089.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

IT IS FURTHER ORDERED that all pretrial dates will be adjusted to correspond with the new trial date.

IT IS FURTHER ORDERED that the parties shall coordinate with the Courtroom Deputy, Dana Kaleel, to identify a mutually agreeable trial date for all parties.

DONE IN OPEN COURT this 24th day of May, 2010.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

Presented by:

LANE POWELL PC

By: /s/ Renee Grant Bluechel
D. Michael Reilly, WSBA No. 14674
Renee Grant Bluechel, WSBA No. 39500
Attorneys for Defendants.

Copy received; Approved as to form;
Notice of presentation waived:

SCOTT, KINNEY, FJELSTAD & MACK

By: /s/ Daniel Fjelstad
Daniel Fjelstad, WSBA No. 18025
Attorneys for Plaintiff.

STIPULATION AND ORDER GRANTING TRIAL CONTINUANCE - 3

100447.0129/1845089.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107